IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>**GARRICK LYDELL SIMPSON,**<br>Supervised Releasee | NO. 5: 07-MJ-04-06 (CWH)<br><br>VIOLATION OF SUPERVISED RELEASE<br>NO. 1:99-CR-479-WBH — N. D. GEORGIA |

**TO: UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF GEORGIA**

# ORDER OF REMOVAL

A warrant having been issued in the NORTHERN DISTRICT OF GEORGIA for the arrest of Supervised Releasee **GARRICK LYDELL SIMPSON** in connection with the sentence of SUPERVISED RELEASE imposed upon him in that district on March 7, 2000, by the Honorable Willis B. Hunt, Jr., district judge, and said supervised releasee having been arrested in the MIDDLE DISTRICT OF GEORGIA on allegations that he has violated his sentence of SUPERVISED RELEASE; at an appearance this day before Claude W. Hicks, Jr., UNITED STATES MAGISTRATE JUDGE for the Middle District of Georgia, pursuant to provisions of Rule 5 (a)(2)(B) and Rule 32.1(a)(1)(B) and (a)(5)(B) of the *Federal Rules of Criminal Procedure*, Mr. Simpson waived legal representation and admitted his identity. Accordingly, removal to the **NORTHERN DISTRICT OF GEORGIA** is appropriate.

Under Rule 32.1(a)(6) and 18 U.S.C. §3143(a), the court finds that release of Mr. Simpson from the custody of the United States Marshal is <u>not</u> appropriate under the circumstances of this case due to his status as a supervised releasee and the nature of the allegations now pending against him; conditions of release, if appropriate, may be considered by the judicial officer presiding in the **NORTHERN DISTRICT OF GEORGIA** upon the appearance of Mr. Simpson in that district, the supervised releasee specifically reserving his right to a hearing in the district of prosecution. Accordingly, YOU ARE HEREBY COMMANDED to remove the said **GARRICK LYDELL SIMPSON forthwith** to the **NORTHERN DISTRICT OF GEORGIA**, and there deliver him to the United States Marshal for that District or to such other officer authorized to receive him.

SO ORDERED, this 17th day of APRIL, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE